**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MOHAMMAD MUHMUD | CIVIL ACTION NO. 1:26-1489 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RICKEY SPINNER, ET AL. | MAGISTRATE JUDGE DAVID J. AYO |

**JUDGMENT**

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that that the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2241 by Petitioner Mohammad Muhmud should be **DISMISSED WITHOUT PREJUDICE** as **MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 6th day of August, 2026.

S. Maurice Hicks

UNITED STATES DISTRICT JUDGE